NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VICTORIA SZURANT,               )
                                )
        Appellant,              )
                                )
v.                              )    Case No. 2D18-282
                                )
JOSEF AARONSON,                 )
                                )
        Appellee.               )
_____ )

Opinion filed November 21, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Sarasota County;
Donna Padar Berlin, Judge.

Victoria D. Szurant, pro se.

Allison M. Perry of Florida Appeals, P.A.
Tampa, for Appellee.


PER CURIAM.

        Affirmed.


KELLY, SLEET, and SALARIO, JJ., Concur.